UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 9:16-cv-80591-KAM

JULIUS SEILER,

    Plaintiff,

v.

WESTERN BEEF RETAIL, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Defendant, Western Beef Retail, Inc., gives notice that the parties have reached a settlement in this case. The parties will file a stipulation for dismissal following the parties' execution of the settlement documents. The undersigned counsel certifies that this notice is being filed with the agreement of opposing counsel, Jaci Mattocks, Esq.

    Dated: June 14, 2016

*/s/ Scott J. Edwards*
Scott Edwards, Esq.
scott@scottjedwards.com
Florida Bar No.: 40958
Scott J. Edwards, P.A.
7000 W. Palmetto Park Road, Suite 210
Boca Raton,FL33433
Phone:(561) 609-0760
*Attorney for Defendant Western Beef Retail, Inc.*

1

**CERTIFICATE OF SERVICE**

I certify that a copy of this document has been served via this Court's CM/ECF filing system on June 14, 2016, to: Mark D. Cohen, Esq. and Jaci R. Mattocks, Esq., Attorneys for Plaintiff.

/s/ *Scott J. Edwards*
Scott Edwards, Esq.
scott@scottjedwards.com
Florida Bar No.: 40958
Scott J. Edwards, P.A.
7000 W. Palmetto Park Road, Suite 210
Boca Raton, FL 33433
Phone: (561) 609-0760
*Attorney for Defendant Western Beef Retail, Inc.*