UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-80591-CIV-MARRA

JULIUS SEILER

    Plaintiff,

v.

WESTERN BEEF RETAIL, INC.

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

This Cause is before the Court upon the parties' joint Stipulation of Dismissal With Prejudice, which was filed on June 29, 2016 (DE 14). The Court has reviewed the record herein and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk of this Court shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of June, 2016.

                                                KENNETH A. MARRA
                                              United States District Judge